UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
UNITED STATES                                                :
                                                             :
                                                             :   ORDER
                                                             :
         -against-                                           :
                                                             :   04 Cr. 119 (AKH)
CHRIS HENSLEY,                                               :
                                                             :
                              Defendant.                     :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Currently, ECF No. 240 is marked as open. However, Defendant was released from custody on October 30, 2015. *See* FED. BUREAU OF PRISONS, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited Sept. 1, 2022). Defendant's three-year term of supervisory release has also since been completed.

      Accordingly, the request for clarification is moot and the Clerk shall terminate ECF No. 240.

SO ORDERED.

Dated:    September 1, 2022               ___/s/ Alvin K. Hellerstein_____
             New York, New York            ALVIN K. HELLERSTEIN
                                                    United States District Judge